[No. 31370-7-II. Division Two. April 26, 2005.]

KARAMJIT SINGH CHEEMA, *Appellant*, v. DANIEL J. ZEMBAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-2-00386-5, F. Mark McCauley, J., entered January 20, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31536-0-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS JOHNATHAN DEL CID, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01712-4, Robert L. Harris, J., entered March 18, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 32090-8-II. Division Two. April 26, 2005.]

CALVIN MILLER, *Appellant*, v. NATIONAL CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-01492-6, James J. Stonier, J., entered July 30, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31195-0-II. Division Two. April 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERROD DUANE STOUDMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02985-7, Lisa R. Worswick, J., entered December 12, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.